THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JASON VINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIGROUP WORLDWIDE LOGISTICS, LLC, a Missouri corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C18-0663-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant UniGroup Worldwide Logistics, LLC to respond to the complaint (Dkt. No. 7). The Court hereby GRANTS the motion. Defendant UniGroup Worldwide Logistics, LLC must file an answer or otherwise respond to Plaintiff's complaint no later than June 11, 2018.

DATED this 15th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk